IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-579-RLV-DCK

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FABULOUS INTERNATIONAL, INC. d/b/a GEM AVENUE, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 25) concerning Glen E. Amundsen, filed November 16, 2010. Mr. Amundsen seeks to appear as counsel *pro hac vice* for Defendant Fabulous International, Inc. doing business as Gem Avenue.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Amundsen is admitted to appear before this court *pro hac vice* on behalf of Defendant Fabulous International, Inc. doing business as Gem Avenue.

Signed: November 16, 2010

David C. Keesler
United States Magistrate Judge