IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-579-RLV-DCK

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FABULOUS INTERNATIONAL, INC. d/b/a GEM AVENUE, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) concerning Gary Zhao, filed November 16, 2010. Mr. Zhao seeks to appear as counsel *pro hac vice* for Defendant Fabulous International, Inc. doing business as Gem Avenue.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Zhao is admitted to appear before this court *pro hac vice* on behalf of Defendant Fabulous International, Inc. doing business as Gem Avenue.

Signed: November 16, 2010

David C. Keesler
United States Magistrate Judge